UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOSEPH FRIEDMAN, individually and on :
behalf of all others similarly situated, :
          Plaintiff, :
           :    **ORDER**
v. :
           :    22 CV 10127 (VB)
FALONI LAW GROUP, LLC, and FIRST :
PORTFOLIO VENTURES I, LLC, :
          Defendants. :
-----------------------------------------------------------------x

3/9/23

      Plaintiff commenced the instant action on November 29, 2022. (Doc. #1).

      On January 23, 2023, plaintiff docketed executed waivers of the service of summons as to both defendants, sent on January 6, 2023. (Docs. ##7, 8). Accordingly, defendants had until March 7, 2023, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(ii).

      To date, defendants have not answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default as to each defendant by **March 23, 2023**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by **April 6, 2023**. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: March 9, 2023
      White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge