UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH FRIEDMAN, individually and on
behalf of all others similarly situated,
                Plaintiff,

**ORDER OF DISMISSAL**

v.

22 CV 10127 (VB)

FALONI LAW GROUP, LLC, and FIRST
PORTFOLIO VENTURES I, LLC,
                Defendants.
--------------------------------------------------------------x

       The Court has been advised that the parties have settled this case. (Doc. #22). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than June 23, 2023. To be clear, any application to restore the action must be filed by June 23, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines and scheduled court appearances are cancelled, and any pending motions are moot.

       The Clerk is instructed to close this case.

Dated: April 24, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge